UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY REYNA,
Plaintiff,

v.

APPLE INC.,
Defendant.

Case No. 26-cv-03137-RS

**FINAL JUDGEMENT**

Defendant's motion to dismiss Plaintiff's second amended complaint was granted on July 14, 2026. Defendant was given until July 25, 2026 to amend his complaint consistent with that order. No amended complaint having been filed, JUDGMENT is entered for the Defendant.

**IT IS SO ORDERED**.

Dated: July 29, 2026

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California